UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYSON LIAU, and RICHARD TENG.

                                    Plaintiffs,                    23 Civ. 1177 (PAE)

                    -v-
                                                                   ORDER

WEEE! INC.,

                                    Defendant.

PAUL A. ENGELMAYER, District Judge:

On April 21, 2023, plaintiffs filed a copy of an email exchange between the parties in

which defense counsel consented to plaintiffs' request to file an Amended Complaint. Dkt. 10.

The Court construes this filing as a request to file an Amended Complaint and grants the request.

Defendant's answer will be due 14 days after service of the Amended Complaint.

        SO ORDERED.

                                                   _____
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: April 26, 2023
       New York, New York