UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYSON LIAU AND RICHARD TENG,
*individually and on behalf of others similarly situated*,

                                              Case No.: 1:23-cv-01177

                       Plaintiff,

    vs.

WEEE!, INC.

                     Defendant.

------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the declaration of John Mills, Esq., dated June 14, 2023, the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all prior pleadings and proceedings herein, Defendant Weee!, Inc., will move this Court, before the Honorable Paul A. Engelmayer, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, Room 1305, New York, NY 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) dismissing Plaintiffs Tyson Liau and Richard Teng, individually and on behalf of all others similarly situated, Second Amended Complaint in its entirety, with prejudice, and without leave to amend, together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 6.1(b), opposing affidavits and answering memoranda, if any, shall be served upon the undersigned on or before June 28, 2023.

Dated:  New York, New York
        June 14, 2023

                                            Respectfully Submitted,

                                            GORDON REES SCULLY
                                            MANSUKHANI, LLP

                                            */s/*
                                            Brian E. Middlebrook, Esq.
                                            John T. Mills, Esq.
                                            *Attorneys for Defendants*
                                            1 Battery Park Plaza, 28th Floor
                                            New York, NY 10004
                                            (212) 269-5500 (Phone)
                                            (212) 269-5505 (Fax)
                                            bmiddlebrook@grsm.com
                                            jtmills@grsm.com