**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TYSON LIAU and RICHARD TENG, on behalf of themselves and on behalf of others similarly situated,

                Plaintiff,

   -against-                                    23 **CIVIL** 1177 (PAE)

**JUDGMENT**

WEEE! INC.,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 22, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      February 22, 2024

                                                                      **RUBY J. KRAJICK**
                                                                       Clerk of Court

                                                  BY:
                                                                     **Deputy Clerk**